**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ORA COHEN**, *et al*, )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**ISLAMIC REPUBLIC OF IRAN**, *et al*. )<br>)<br>**Defendants.** )<br>) | Civil Action No. 15-1852 (CRC) |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANTS THE SYRIAN ARAB REPUBLIC AND
SYRIAN MILITARY INTELLIGENCE**

**COMES NOW** Plaintiffs Ora Cohen, Meirav Cohen, Daniel Cohen, Orly Cohen, Shira Cohen, Elcanan Cohen, Shalom Cohen, Shokat Sadian, Ronit Mohaber, individually and as the personal representative for the Estate of Neria Mohaber, Orly Mohaber, and Joseph Mohaber, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and hereby give notice of voluntary dismissal against Defendants The Syrian Arab Republic and Syrian Military Intelligence.

Defendants have been served but have not filed a response to the Complaint. This Notice of Dismissal resolves the claims of all Plaintiffs in the above-referenced action.

Dated: June 25, 2019

Respectfully submitted,

*/s/ Michael J. Miller*
Michal J. Miller
**THE MILLER FIRM, LLC**
108 Railroad Avenue
Orange, VA  22960
Phone: (540) 672-4224
Facsimile: (540) 672-3055
*mmiller@millerfirmllc.com*
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of June 2019, a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of Court using the CM/ECF system which will send a notification of such filing on all counsel of record.

/s/ Michael J. Miller
Michael J. Miller, Esq.